UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 35-001 |
| | ) | |
| PHILIP A. BEAULIEU, SR. | ) | |

### ORDER TO TERMINATE SUPERVISED RELEASE

**THIS CAUSE** having come before the Honorable Steven J. McAuliffe, U.S. District Judge, upon the petition of Supervising U.S. Probation Officer Kurt E. O'Sullivan, for an order to terminate the defendant's remaining portion of his three-year period of supervised release,

**WHEREAS** the defendant's term of supervision commenced on July 24, 2003, and he has complied with the rules and regulations of his supervised release obligations, it is hereby

**ORDERED** that the defendant's supervised release terminate at this time.

**ENTERED** as an order of this Honorable Court the ___22___ day of _December_, 2005.

ENTER:                              PER ORDER:

_____             _____
Steven J. McAuliffe                 Deputy Clerk
U.S. District Judge
District of New Hampshire